COURT OF APPEALS
 SECOND DISTRICT OF 
 TEXAS
 FORT WORTH
 
 NO. 2-03-328-CV
 
   
 ELIJAH W. RATCLIFF, SURETY                                               APPELLANT
 
 V.
 
 THE STATE OF TEXAS                                                              APPELLEE
 
 ----------
 
 FROM THE CRIMINAL DISTRICT COURT NO. 2 OF TARRANT 
 COUNTY
 ----------
 MEMORANDUM OPINION[1] AND 
 JUDGMENT
 ----------
         On 
 November 25, 2003 we notified appellant, in accordance with TEX. R. APP. 
 P. 42.3, that this court may not have jurisdiction over this appeal because 
 the notice of appeal was not timely filed. We stated that the appeal would be 
 dismissed for want of jurisdiction unless appellant or any party desiring to 
 continue the appeal filed with the court within ten days a response showing a 
 reasonable explanation for the late filing of the notice of appeal.
         We 
 received appellant’s response on December 2, 2003. The appellant’s 
 response has been considered, and it is the opinion of the court that this 
 appeal should be dismissed for want of jurisdiction. See TEX. R. APP. P. 42.3(a), 
 43.2(f). Accordingly, we dismiss the appeal.
  
                                                                   PER 
 CURIAM
  
 PANEL D:   McCOY, J.; 
 CAYCE, C.J.; and LIVINGSTON, J.
 DELIVERED: February 12, 2004
 
  
 NOTES
 1. 
 See Tex. R. App. P. 47.4.